■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MAGGIORE, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent. — Appeal unanimously dismissed as moot. Memorandum: The judgment of conviction to which the petition is addressed has been vacated and set aside in a separate proceeding. (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.